IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JURIK, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>JAN ARPS, et al.,<br><br>      Defendants.<br>_____/ | No. 08-05030 CW<br><br>JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

    Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned case to District Judge James Ware to consider whether this case is related to C-98-20023 JW, <u>Jurik, et al., v. Dowling, et al.</u>  Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

11/24/08

Dated _____

                     /s/ Claudia Wilken
                     _____
                     CLAUDIA WILKEN
                     United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JURIK, ET AL,

      Plaintiff,

v.

DOWLING, ET AL et al,

      Defendant.

Case Number: CV98-20023 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric B. Boustani
Terra Law LLp
177 Park Avenue
3rd Floor
San Jose,  CA 95113-2336

G. Gervaise Davis
Davis & Schroeder PC
215 W Franklin 4th Flr
P.O. Box 3080
Monterey,  CA 93942-3080

Dated: November 24, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2