UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MARK JURIK, et al.,
    Plaintiffs,

No. C 08-5030 CW MED

v.

JAN ARPS,
    Defendant.

**ORDER APPROVING TELEPHONIC APPEARANCE AT MEDIATION BY DEFENDANT'S INSURER REPRESENTATIVE**

Date: November 20, 2009
Mediator: Karen Boyd

IT IS HEREBY ORDERED that the defendant Jan Arps is excused from personally appearing at the November 20, 2009, mediation before Karen Boyd. Mr. Arps shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

IT IS SO ORDERED.

November 16, 2009     By: _____
Dated                                          Elizabeth D. Laporte
                                                       United States Magistrate Judge

C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\Order re C08-5030 CW (11-13-09).wpd
REV 10-09