UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MARK JURIK, et al.,
        Plaintiffs,

    v.

JAN ARPS,
        Defendant.

No. C 08-5030 CW MED

**ORDER APPROVING TELEPHONIC APPEARANCE AT MEDIATION BY DEFENDANT'S INSURER REPRESENTATIVE**

Date:    November 20, 2009
Mediator:  Karen Boyd

    IT IS HEREBY ORDERED that the defendant Jan Arps is excused from personally appearing at the November 20, 2009, mediation before Karen Boyd.  Mr. Arps shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

    IT IS SO ORDERED.

November 16, 2009      By: _____

Dated

                                      Elizabeth D. Laporte
                                United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4   C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\Order re C08-5030 CW (11-13-09).wpd
            REV 10-09
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**