**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARK JURIK,<br>　　　　Plaintiff,<br><br>　　v.<br><br>JAN ARPS, et al.,<br>　　　　Defendants.<br>_____/ | No. C 08-5030 CW MED<br><br>**ORDER APPROVING TELEPHONIC APPEARANCE AT MEDIATION BY PLAINTIFF**<br><br>Date:　　November 20, 2009<br>Mediator:　Karen Boyd |

　　IT IS HEREBY ORDERED that plaintiff Mark Jurik is excused from personally appearing at the November 20, 2009, mediation before Karen Boyd. Mr. Jurik shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

　　IT IS SO ORDERED.

November 17, 2009　　　　　　　By:　　　　　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge