UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MARK JURIK,
   Plaintiff,

  v.

JAN ARPS, et al.,
   Defendants.
_____/

No. C 08-5030 CW MED

**ORDER APPROVING TELEPHONIC APPEARANCE AT MEDIATION BY PLAINTIFF**

Date: November 20, 2009
Mediator: Karen Boyd

  IT IS HEREBY ORDERED that plaintiff Mark Jurik is excused from personally appearing at the November 20, 2009, mediation before Karen Boyd. Mr. Jurik shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

  IT IS SO ORDERED.

November 17, 2009   By:  *Elizabeth D. Laporte*
Dated            Elizabeth D. Laporte
              United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
*For the Northern District of California*