Perry J. Woodward, Esq. (State Bar No. 183876)
pwoodward@terralaw.com
Eric B. Boustani, Esq. (State Bar No. 184883)
eboustani@terralaw.com
Mark W. Good (State Bar No. 218809)
mgood@terralaw.com
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Tel:  (408) 299-1200
Fax:  (408) 998-4895

Attorneys for Plaintiff Mark Jurik and Jurik Research on Consulting

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK JURIK, an individual, dba JURIK RESEARCH AND CONSULTING, a Colorado sole proprietorship,<br><br>Plaintiff,<br><br>vs.<br><br>JAN ARPS, an individual, JAN ARPS' TRADERS TOOLBOX, LLC, a North Carolina Corporation, and Does 1-50, inclusive,<br><br>Defendants. | Civil Action No. C 08-05030-CW<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

Before the Court is a Stipulation For Entry Of Order Dismissing Complaint With Prejudice. Finding good cause for granting of the same, IT IS HEREBY ORDERED that all claims and counterclaims by or between Plaintiff MARK JURIK, an individual, dba JURIK RESEARCH AND CONSULTING, a Colorado sole proprietorship, and Defendants JAN ARPS, an individual, JAN ARPS' TRADERS TOOLBOX, LLC, a North Carolina Corporation, are dismissed with prejudice with party to bear its own costs and fees.

1/25/10

Dated: _____

_Claudia Wilken_
Honorable Claudia Wilken
United States District Court Judge

1160726                                                         1

**[PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE**