1 | Perry J. Woodward, Esq. (State Bar No. 183876)
pwoodward@terralaw.com
2 | Eric B. Boustani, Esq. (State Bar No. 184883)
eboustani@terralaw.com
3 | Mark W. Good (State Bar No. 218809)
mgood@terralaw.com
4 | TERRA LAW LLP
177 Park Avenue, Third Floor
5 | San Jose, California 95113
Tel:  (408) 299-1200
6 | Fax:  (408) 998-4895

7 Attorneys for Plaintiff Mark Jurik and Jurik Research on Consulting

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11

12 | MARK JURIK, an individual, dba JURIK RESEARCH AND CONSULTING, a Colorado sole proprietorship,

Civil Action No. C 08-05030-CW

13

**ORDER DISMISSING COMPLAINT WITH PREJUDICE**

14 |                     Plaintiff,

15 | vs.

16 | JAN ARPS, an individual, JAN ARPS' TRADERS TOOLBOX, LLC, a North
17 | Carolina Corporation,  and Does 1-50, inclusive,
18
19 |                     Defendants.

20         Before the Court is a Stipulation For Entry Of Order Dismissing Complaint With Prejudice.

21  Finding good cause for granting of the same, IT IS HEREBY ORDERED that all claims and

22  counterclaims by or between Plaintiff MARK JURIK, an individual, dba JURIK RESEARCH

23  AND CONSULTING, a Colorado sole proprietorship, and Defendants JAN ARPS, an individual,

24  JAN ARPS' TRADERS TOOLBOX, LLC, a North Carolina Corporation, are dismissed with

25  prejudice with party to bear its own costs and fees.

26         1/25/10

27 Dated:  _____

_____
Honorable Claudia Wilken
United States District Court Judge

28

1160726                                    1